Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiffs*
*Moose Toys Pty Ltd.,*
*Moose Creative Pty Ltd.,*
*Moose Enterprise Pty Ltd, and*
*Moose Creative Management Pty Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOSE TOYS PTY LTD, MOOSE CREATIVE PTY LTD, MOOSE ENTERPRISE PTY LTD, and MOOSE CREATIVE MANAGEMENT PTY LTD,<br><br>*Plaintiffs*<br><br>v.<br><br>ADSAD23, BLUESSHAPE, CHENGCHENG2022, CHIOE, DIANESZ, DIY SELF-CREATE, EWREER, FSDFVJHJUJGVH, GFDGFDGDFGFD, HJHJTG, HRJFHJGFJDYJ, IIIUUHH, JIN MA LOGISTICS CO., LTD., LIJIE2020, LULUNA, MAGIC HOUSE STORE, MAMAJI, NGFHD, PEIPEILI, RGJFJYKK, SDFGFFG, SEXY NO.1, SHANGYIXIANJIN, SRIMAL, THENEWFAMILYAPPLIANCESTORE, YU MING QI SHOP, YUECAIGUANG STORE, ZHANGLILI2020 and ZHANGYU789,<br><br>*Defendants* | **21-cv-2368 (LAK)**<br><br>**UNSEALING ORDER** |

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __8__ day of __April__, 2021, at __12__ p .m.
New York, New York

/s/ Lewis A. Kaplan  /BT
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE