UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOOSE TOYS PTY LTD, MOOSE CREATIVE PTY
LTD, MOOSE ENTERPRISE PTY LTD, and MOOSE
CREATIVE MANAGEMENT PTY LTD,

                Plaintiffs,                  21-cv-2368 (LAK)

             v.

ADSAD23, BLUESSHAPE, CHENGCHENG2022,
CHIOE, DIANESZ, DIY SELF-CREATE, EWREER,
FSDFVJHJUJGVH, GFDGFDGDFGFD, HJHJTG,
HRJFHJGFJDYJ, IIIUUHH, JIN MA LOGISTICS CO.,
LTD., LIJIE2020, LULUNA, MAGIC HOUSE STORE,
MAMAJI, NGFHD, PEIPEILI, RGJFJYKK, SDFGFFG,
SEXY NO.1, SHANGYIXIANJIN, SRIMAL,
THENEWFAMILYAPPLIANCESTORE, YU MING QI
SHOP, YUECAIGUANG STORE, ZHANGLILI2020
and ZHANGYU789,

                Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On March 18, 2021, plaintiffs moved ex parte for a temporary restraining order ("TRO") and an order to show cause why a preliminary injunction should not issue, among other relief. On March 31, 2021, the Court granted the TRO, scheduled the order to show cause hearing for April 9, 2021, and ordered defendants to file any opposition to the issuance of a preliminary injunction by April 6, 2021. As of April 8, 2021 no such submissions have been made. Accordingly, the April 9 hearing is canceled and plaintiffs' request for a preliminary injunction will be considered on the submissions.

        SO ORDERED.

Dated:      April 8, 2021

                                            _____/s/ Lewis A. Kaplan / PCM_____
                                                       Lewis A. Kaplan
                                                   United States District Judge