UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MOOSE TOYS PTY. LIMITED, et al.,

                      Plaintiffs,

-against-                                  21-cv-2368 (LAK)

ADSAD23, et al.,

                      Defendant(s).
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion for a preliminary injunction is granted subject to submission of a satisfactory form of order. Plaintiffs shall submit a form of preliminary injunction on or before May 10, 2021. In addition, plaintiffs shall docket the original signed order to show cause by that date.

        SO ORDERED.

Dated:      April 27, 2021

                                                  _____
                                                      Lewis A. Kaplan
                                                United States District Judge